**FILED**
July 15, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **COREY BLANTON,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **NO. SA-25-CV-01515-OLG** |
| **WIDOWMAKERS, LLC, TEXAS LIMITED-LIABILITY COMPANY and REGISTERED AGENT KENNETH LYONS,** | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R, Dkt. No. 10), filed February 27, 2026, concerning the proposed complaint and more definite statement filed by pro se Plaintiff Corey Blanton.

A copy of the R&R was sent via certified mail on March 3, 2026 (Dkt. No. 12), and Plaintiff timely filed his objections on March 9, 2026 (Dkt. No. 13). *See* FED. R. CIV. P. 72(b)(2) (providing that a party may file specific, written objections to an R&R within 14 days of service). Accordingly, the Court must make a de novo determination as to "any part of the [R&R] that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the R&R that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the entirety of the R&R de novo and finds that Plaintiff's objections (Dkt. No. 13) should be and hereby are **OVERRULED**. The Magistrate Judge's R&R (Dkt. No. 10) is therefore **ADOPTED** and, for the reasons set forth therein, Plaintiff's Complaint (Dkt. No. 7) is **DISMISSED** for failure to state a claim and lack of subject-matter jurisdiction under 28 U.S.C. § 1915(e).

Plaintiff's Motion for Status or Ruling (Dkt. No. 15) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on July 15, 2026.

ORLANDO L. GARCIA
United States District Judge